UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JESSE C. BOGGS,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | No. 2:19-CV-10473-JFW (JDE)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action,

IT IS ADJUDGED that that the action is dismissed without prejudice.

Dated: December 26, 2019

_____
JOHN F. WALTER
United States District Judge